Joseph Anthony Conte, Supervisory, Federal Aviation Administration Office of the Chief Counsel, Assistant General Counsel for Litigation, Esquire, DOT–U.S. Department of Transportation General Counsel's Litigation Office, Washington, DC, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM \*\*\*

David G. Riggs petitions pro se for review of a final order of the National Transportation Safety Board ("NTSB") revoking his pilot certificate. We have jurisdiction under 49 U.S.C § 1153(a). We must up-

hold the NTSB's decision unless it is arbitrary, capricious, an abuse of discretion, or not otherwise in accordance with the law. *Kolek v. Engen,* 869 F.2d 1281, 1285 (9th Cir.1989). We deny the petition for review.

The NTSB did not abuse its discretion when it determined that the severity of Riggs's violations warranted revocation of his pilot's certificate. *See id.* at 1285–86 (finding no abuse of discretion in the NTSB's revocation of a pilot's certificate where that pilot's infractions were more severe than others who had received suspensions); *see also Administrator v. Oliveira and Morais,* NTSB Order No. EA–4995 (Sept. 17, 2002).

Riggs's remaining contentions are unpersuasive.

**PETITION FOR REVIEW DENIED.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Blanca RENDON, Defendant–Appellant.**

**No. 09–50378.**

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.\*

Filed June 18, 2010.

Christine Michelle Adams, Brian Klein, Esquire, Michael J. Raphael, Esquire, Of-

---

fice of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Blanca Veronica Rendon Blanco Castro, Kurt J. Mayer, Assistant Federal Public Defender, Office of the Federal Public Defender, Los Angeles, CA, for Defendant–Appellant.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Blanca Rendon appeals from her guilty-plea conviction and three-month sentence for forged endorsement on treasury check, in violation of 18 U.S.C. § 510(a)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rendon's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Rendon the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.